United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40568
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME HOPES

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:03-CR-57-ALL

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Jerome Hopes has moved for leave to withdraw and has filed a brief as required by *Anders v. California.*[1] Hopes has filed a response. Our independent review of the brief, Hopes's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion to withdraw as counsel is GRANTED. The appeal is DISMISSED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1]386 U.S. 738 (1967).